PHILLIP SONKIN, etc., Appellant, v. HANNAH SULLIVAN, as Receiver, etc., of the Estate of TIMOTHY D. SULLIVAN, Deceased, Respondent. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants.— Order granting motion to

dismiss complaint reversed upon the law and the facts, and motion denied, without costs.   (See *Sullivan* v. *Mount Carmel Cemetery Association* [*ante*, p. 309], decided herewith.)   Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.